| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
**Chapter 13 Case No. 17-33664 / CMG**

Charles Morelli

Petition Filed Date: 11/22/2017
341 Hearing Date: 01/04/2018
Confirmation Date: 02/07/2018

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,020.00 | 55216850 | 02/13/2019 | $1,020.00 | 56205150 | 03/06/2019 | $800.00 | 56807660 |
| 03/18/2019 | $222.00 | 57107060 | 04/17/2019 | $1,020.00 | 57890540 | 05/20/2019 | $1,020.00 | 58722270 |
| 06/19/2019 | $1,020.00 | 59508580 | 07/19/2019 | $1,020.00 | 60256790 | 08/19/2019 | $1,020.00 | 61024830 |
| 09/18/2019 | $1,020.00 | 61835130 | 10/18/2019 | $1,020.00 | 62632620 | 11/20/2019 | $1,020.00 | 63433080 |
| 12/23/2019 | $1,020.00 | 64175060 | | | | | | |

**Total Receipts for the Period: $12,242.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,245.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Charles Morelli | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH CASELLO ESQ<br>»»  ATTY DISCL | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | U.S. DEPARTMENT OF EDUCATION | Unsecured Creditors | $214,194.71 | $167.67 | $214,027.04 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,012.25 | $0.00 | $4,012.25 |
| 3 | US BANK TRUST NATIONAL ASSOC.<br>»»  P/1 LORELEI DR/1ST MTG/CONS ORD 4/25/18/WELLS FARGO/MTGLQ | Mortgage Arrears | $31,839.04 | $13,401.71 | $18,437.33 |
| 4 | TD BANK, N.A. | Unsecured Creditors | $4,810.95 | $0.00 | $4,810.95 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2016 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2011 | Unsecured Creditors | $657.69 | $0.00 | $657.69 |
| 7 | FIRST AMERICAN TITLE INSURANCE COMPANY<br>»»  P/1 LORELEI DR/2ND MTG/CRAM BAL | Unsecured Creditors | $98,068.34 | $76.77 | $97,991.57 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $5,829.57 | $0.00 | $5,829.57 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  SYNCHRONY/LOWES | Unsecured Creditors | $1,885.02 | $0.00 | $1,885.02 |
| 10 | AFFINITY FEDERAL CREDIT UNION<br>»»  JUDGMENT DC-006143-07 | Unsecured Creditors | $20,716.47 | $16.22 | $20,700.25 |

**Chapter 13 Case No. 17-33664 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,245.00 | Plan Balance: | $34,678.00 ** |
| Paid to Claims: | $16,162.37 | Current Monthly Payment: | $1,020.00 |
| Paid to Trustee: | $1,122.61 | Arrearages: | ($317.00) |
| Funds on Hand: | $960.02 | Total Plan Base: | $52,923.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.