UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

COLLINS, VELLA & CASELLO, LLC
2317 Highway 34, Suite 1A
Manasquan, NJ 08736
(732)751-1766
Joseph Casello, Esq.
Attorneys for the Debtor

In Re:

Charles Morelli

Case No.: 17-33664

Chapter: 13

Adv. No.: 

Hearing Date: 10/7/2020

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, _____Courtney Parker_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Joseph M. Casello_____, who represents _____the Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____September 2, 2020_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    1. Notice of Chapter 13 Transmittal
    2. Modified Chapter 13 Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/3/2020

Signature: *Courtney Parker*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First American Title Insurance Company<br>50 Millstone Road<br>Building 200, Suite 150<br>East Windsor NJ 08520<br>Attn: Responsible Corporate Officer | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| First American Title Insurance Company<br>1235 Westlakes Drive, Suite 400<br>Berwyn, PA 19312<br>Attn: Responsible Corporate Officer | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |