Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−33664−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles Morelli
   1 Lorelei Drive
   Howell, NJ 07731

Social Security No.:
   xxx−xx−1804

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 28, 2018.

On 9/2/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:              October 21, 2020
Time:              10:00 AM
Location:          Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 3, 2020
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk

```
                                United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 17-33664-CMG
Charles Morelli                                                         Chapter 13
         Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2              Date Rcvd: Sep 03, 2020
                              Form ID: 185                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
db             +Charles Morelli,    1 Lorelei Drive,    Howell, NJ 07731-2845
cr             +SN Servicing Corporation as servicer for U.S. Bank,    Friedman Vartolo LLP,    85 Broad Street,
                 Suite 501,    New York, NY 10004-1734
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
517302936      +1235 Westlakes Drive, Suite 400,    Berwyn, PA 19312-2416,    Attn: Lev Kalman
517392185      +Affinity Federal Credit Union,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
                 Tinton Falls, NJ 07724-3001
517192085       Dept. Of Education,    P.O. Box 105028,    Atlanta, GA 30348-5028
517192086      +First American Title Insurance Company,    50 Millstone Road,    Building 200, Suite 150,
                 East Windsor, NJ 08520-1415
517302974       First American Title Insurance Company,    1235 Westlakes Drive, Suite 400,
                 Berwyn, PA 19312-2416,    Attn: Lev Kalman, Esq.
517192087     #+First Credit Services,    377 Hoes Lane,    Suite 200,    Piscataway, NJ 08854-4155
517192088      +Kimberly Morelli,    1 Lorelei Drive,    Howell, NJ 07731-2845
518187042       MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708
518187043      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 52708,
                 Irvine, CA 92619-2708,    MTGLQ Investors, LP,
                 c/o Rushmore Loan Management Services 92619-2708
517192091      +Phelan Hallinan Diamond & Jones,PC,    400 Fellowship Road, Suite 100,
                 Mount Laurel, NJ 08054-3437
517192093      +Riker Danzig Scherer Hyland & Perretti,    Headquarters Plaza,    One Speedwell Avenue,
                 Morristown, NJ 07960-6838
517268220      +TD Bank, N.A.,    c/o Richard J. Tracy, Ill, Esq.,    30 Montgomery Street, Suite 1205,
                 Jersey City, NJ 07302-3835
517261994      +TD Bank, N.A.,    c/o Schiller, Knapp,,    Lefkowitz & Hertzel, LLP,    950 New Loudon Road,
                 Latham, NY 12110-2100
517192097      +U.S Department of Education,    P.O. Box 9003,    Niagara Falls, NY 14302-9003
517261613       Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,
                 1000 Blue Gentian Road,    Eagan MN 55121-7700
517192098      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2020 00:08:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2020 00:08:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517192082       E-mail/Text: bankruptcycare@affinityfcu.com Sep 04 2020 00:08:33
                 Affinity Federal Credit Union,    73 Mountainview Boulevard,    Basking Ridge, NJ 07920-2332
517192083       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 00:12:44      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
517256241       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2020 00:13:36
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517267760      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 04 2020 00:08:30     Department of Treasury,
                 Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
517192084      +E-mail/Text: electronicbkydocs@nelnet.net Sep 04 2020 00:08:53     Dept. Of Ed/Nelnet,
                 3015 Parker Road,    Suite 400,    Aurora, CO 80014-2904
517192089      +E-mail/Text: PBNCNotifications@peritusservices.com Sep 04 2020 00:08:22      Kohl's,
                 P.O. Box 3115,    Milwaukee, WI 53201-3115
517192090       E-mail/Text: electronicbkydocs@nelnet.net Sep 04 2020 00:08:53     Nelnet,Inc.,    Claims,
                 P.O 82505,    Lincoln, NE 68501-2505
517192092       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 00:13:38
                 Portfolio Recovery Associates, LLC,    120 Corporate Boulevard,    Norfolk, VA 23502
517328731       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 00:13:12
                 Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                 Norfolk VA 23541
517346425       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2020 00:12:50
                 Portfolio Recovery Associates, LLC,    c/o Lowes,    POB 41067,    Norfolk VA 23541
517192094       E-mail/Text: bankruptcy@savit.com Sep 04 2020 00:09:15     Savit Collection Agency,
                 PO Box 250,    East Brunswick, NJ 08816-0250
517192095       E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 00:13:06     Synchrony Bank,
                 Attn: Bankruptcy Department,    P.O. Box 965061,    Orlando, FL 32896-5061
517193275      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2020 00:13:32     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517192096       E-mail/Text: bankruptcy@td.com Sep 04 2020 00:08:53     TD Bank,    32 Chestnut Street,
                 Lewiston, ME 04240
517224297      +E-mail/Text: electronicbkydocs@nelnet.net Sep 04 2020 00:08:53
                 U.S. Department of Education C/O Nelnet,    121 S 13TH ST, SUITE 201,    LINCOLN, NE 68508-1911
518431533      +E-mail/Text: bknotices@snsc.com Sep 04 2020 00:09:12     US Bank NA,
                 c/o SN Servicing Corporation,    323 5th Street,    Eureka, CA 95501,    US Bank NA,
                 c/o SN Servicing Corporation 95501-0305
```

```
District/off: 0312-3               User: admin              Page 2 of 2                Date Rcvd: Sep 03, 2020
                                   Form ID: 185             Total Noticed: 38
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518431532      +E-mail/Text: bknotices@snsc.com Sep 04 2020 00:09:12     US Bank NA,
                 c/o SN Servicing Corporation,   323 5th Street,   Eureka, CA 95501-0305
                                                                                                   TOTAL: 19

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:
```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation as servicer for U.S. Bank
               Trust National Association as Trustee of the Chalet Series IV Trust
               bankruptcy@friedmanvartolo.com
              Joseph  Casello    on behalf of Debtor Charles   Morelli jcasello@cvclaw.net,  jcasello627@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    MTGLQ Investors, LP kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 9
```