Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−33664−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Charles Morelli
    1 Lorelei Drive
    Howell, NJ 07731

Social Security No.:
    xxx−xx−1804

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 4/20/22 at 09:00 AM

to consider and act upon the following:

*70* − Creditor's Certification of Default (related document:63 Consent Order) filed by Jonathan C. Schwalb on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust. Objection deadline is 04/7/2022. (Attachments: # 1 Exhibit A # 2 Proposed Order # 3 Certificate of Service) (Schwalb, Jonathan)

Dated: 4/8/22

                                      Jeanne Naughton
                                      Clerk, U.S. Bankruptcy Court