**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for SN Servicing Corporation as servicer
for U.S. Bank Trust National Association as Trustee of
the Chalet Series IV Trust

In Re:

Charles Morelli

Debtor

Order Filed on May 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-33664-CMG

Chapter: 13

Hearing Date:
April 20, 2022 at 9:00 am

Hon. Judge: Christine M. Gravelle

## CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: May 13, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| Applicant: | SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | Joseph Casello, Esquire |
| Property (Collateral): | 1 Lorelei Drive, Howell, NJ 07731 |

Relief Sought:

- Relief from Automatic Stay

For good cause shown, it is **ORDERED** that Applicant's Certification is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☒ The Debtor is due for __3__ months, from __02/01/2022__ to __04/01/2022__.

   ☒ The Debtor is due for __3__ payments at **$2,083.37** per month.

   ☒ The Debtor is due for **$360.18** in accrued late charges.

   ☒ The Debtor is due for **$350.00** in attorney's fees and costs.

   ☐ Applicant acknowledges suspense funds in the amount of **$273.62.**

   Total Arrearages **Due: $6,686.67**

2. Debtor must cure all post-petition arrearages, as follows:

   ☐ Immediate payment shall be made in the amount of _____.Payment shall be made no later than _____.

   ☒ Beginning on **May 1, 2022** regular monthly mortgage payments shall continue to be made.

   ☒ Beginning on **June 1, 2022** additional monthly cure payments shall be made in the amount of **$1,114.45** for **5** months.

   ☒ Debtor shall tender an additional monthly cure payment of **$1,114.42** on **November 1, 2022**.

   ☐ The amount of _____ shall be capitalized in the debtor's Chapter 13 plan. Said amount shall be set up on Trustee's ledger as a separate Claim. Debtor(s) shall file a Modified Plan within 10 days from the entry of this Order to account for the additional arrears to be paid to the secured creditor via Chapter 13 Plan and to adjust monthly payments to the Chapter 13 Trustee accordingly.

3. Payments to the Secured Creditor shall be made to the following address:

Payments:          SN Servicing Corporation
                   P.O. Box 660820
                   Dallas, TX 75266-0820

4. In the event of default:

☒       Should the Debtor fail to make any of the above captioned payments, or if any regular monthly mortgage payment commencing after the cure of the post-petition delinquency is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒       In the event the Debtor converts to a Chapter 7 during the pendency of this bankruptcy case, the Debtor shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtor fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay.

☒       This agreed order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and Debtor's attorney and the court shall enter an Order granting relief from the Automatic Stay

5.  Award of Attorney's Fees:

The Applicant is awarded attorney's fees of **$350.00** and costs of _____.

        The fees and costs are payable:

        ☒    Attorney's fees and costs have been included in the Consent Order.

        ☐    Through the Chapter 13 plan.  The fees/costs shall be set up as a s separate claim to be paid by the Standing Trustee and shall be paid as an administrative claim.

        ☐    To the Secured Creditor within _____ days

        ☐    Attorney's fees are not awarded.

        ☐    Movant reserves its right to file a Post-Petition Fee Notice for fees and costs incurred in connection with the Motion for Relief.

The undersigned hereby consent to the form and entry of the foregoing order.

_____          /s/ Jonathan Schwalb, Esq.
Joseph Casello, Esq.                  Jonathan Schwalb, Esq.
*Attorney for Debtor*                  *Attorney for Secured Creditor*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-33664-CMG

Charles Morelli                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                    Page 1 of 2
Date Rcvd: May 13, 2022                       Form ID: pdf903                           Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2022:**

**Recip ID**           **Recipient Name and Address**
db                +    Charles Morelli, 1 Lorelei Drive, Howell, NJ 07731-2845

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Albert Russo
                                on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                                docs@russotrustee.com

Denise E. Carlon
                                on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jonathan C. Schwalb
                                on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet
                                Series IV Trust bankruptcy@friedmanvartolo.com

Joseph Casello
                                on behalf of Debtor Charles Morelli jcasello@cvclaw.net  jcasello627@gmail.com

Kevin Gordon McDonald
                                on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

District/off: 0312-3                                  User: admin                                      Page 2 of 2
Date Rcvd: May 13, 2022                          Form ID: pdf903                                Total Noticed: 1

U.S. Trustee
                          USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7