| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

In Re:

Case No.:  _____

Adversary No.:  _____

Chapter:  _____

Judge:  _____

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.  **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated.  A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:  _____
(Example: John Smith, creditor)

       Old address:  _____
                                  _____
                                  _____

       New address:  _____
                                  _____
                                  _____

       New phone no.:  _____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:  _____        _____
                                                           Signature

*rev.8/1/2021*