UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 17-33664 |
| Charles Morelli | Chapter: | 13 |
| | Judge: | Gravelle |

### NOTICE OF PROPOSED PRIVATE SALE

_____Charles Morelli_____, _____the Debtor_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine Gravelle_____ on _____May 3, 2023_____ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street Trenton New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 1 Lorelei Drive, Howell, New Jersey

Proposed Purchaser: Sam Schachter

Sale price: $535,0000

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Raphael Gestetner/Imperial Real Estate |
| Amount to be paid: | 2% from the non-debtor spouse's portion of the proceeds of sale. |
| Services rendered: | Real estate Broker |
| | Joseph M. Casello, Esq. will be paid a fee of $1,500 for the real estate closing. |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Joseph M. Casello, Esq.

Address: 2317 Route 34, Suite 1A, Manasquan, NJ 08736

Telephone No.: 732-751-1766

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 17-33664-CMG

Charles Morelli                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3             User: admin             Page 1 of 3

Date Rcvd: Apr 06, 2023             Form ID: pdf905             Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles Morelli, 1 Lorelei Drive, Howell, NJ 07731-2845 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517302936 | + | 1235 Westlakes Drive, Suite 400, Berwyn, PA 19312-2416, Attn: Lev Kalman |
| 517302974 | + | First American Title Insurance Company, 1235 Westlakes Drive, Suite 400, Berwyn, PA 19312-2416, Attn: Lev Kalman, Esq. |
| 517192086 | + | First American Title Insurance Company, 50 Millstone Road, Building 200, Suite 150, East Windsor, NJ 08520-1415 |
| 517192088 | + | Kimberly Morelli, 1 Lorelei Drive, Howell, NJ 07731-2845 |
| 517192091 | + | Phelan Hallinan Diamond & Jones,PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517192093 | + | Riker Danzig Scherer Hyland & Perretti, Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07960-6838 |
| 517268220 | + | TD Bank, N.A., c/o Richard J. Tracy, Ill, Esq., 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302-3835 |
| 517192097 | + | U.S Department of Education, P.O. Box 9003, Niagara Falls, NY 14302-9003 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Apr 06 2023 20:38:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 517392185 | + | Email/Text: rmcdowell@slgcollect.com | Apr 06 2023 20:38:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 517192082 | + | Email/Text: bankruptcycare@affinityfcu.com | Apr 06 2023 20:39:00 | Affinity Federal Credit Union, 73 Mountainview Boulevard, Basking Ridge, NJ 07920-2332 |
| 517192083 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2023 20:41:31 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517256241 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2023 20:41:42 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517267760 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 06 2023 20:38:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 517192084 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 06 2023 20:39:00 | Dept. Of Ed/Nelnet, 3015 Parker Road, Suite 400, Aurora, CO 80014-2904 |
| 517192085 | | Email/Text: edbknotices@ecmc.org | Apr 06 2023 20:38:00 | Dept. Of Education, P.O. Box 105028, Atlanta, |

Case 17-33664-CMG   Doc 89   Filed 04/08/23   Entered 04/09/23 00:15:48   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 06, 2023 | Form ID: pdf905 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | GA 30348-5028 |
| 517192089 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 06 2023 20:38:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 518187043 | + | Email/Text: flyersprod.inbound@axisai.com | Apr 06 2023 20:38:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP, c/o Rushmore Loan Management Services 92619-2708 |
| 518187042 | | Email/Text: flyersprod.inbound@axisai.com | Apr 06 2023 20:38:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517192090 | | Email/Text: electronicbkydocs@nelnet.net | Apr 06 2023 20:39:00 | Nelnet,Inc., Claims, P.O 82505, Lincoln, NE 68501-2505 |
| 517192092 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2023 20:52:18 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 517328731 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2023 20:52:19 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517346425 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 06 2023 20:52:00 | Portfolio Recovery Associates, LLC, c/o Lowes, POB 41067, Norfolk VA 23541 |
| 517192094 | | Email/Text: bankruptcy@savit.com | Apr 06 2023 20:39:00 | Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 517192095 | | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:37 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965061, Orlando, FL 32896-5061 |
| 517193275 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 06 2023 20:41:37 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517192096 | | Email/Text: bankruptcy@td.com | Apr 06 2023 20:39:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 517224297 | + | Email/Text: electronicbkydocs@nelnet.net | Apr 06 2023 20:39:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 518431532 | ^ | MEBN | Apr 06 2023 20:35:21 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501-0305 |
| 518431533 | ^ | MEBN | Apr 06 2023 20:35:22 | US Bank NA, c/o SN Servicing Corporation, 323 5th Street, Eureka, CA 95501, US Bank NA, c/o SN Servicing Corporation 95501-0305 |
| 517261613 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 06 2023 20:52:17 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517192098 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 06 2023 20:52:10 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517192087 | ##+ | First Credit Services, 377 Hoes Lane, Suite 200, Piscataway, NJ 08854-4155 |
| 517261994 | ##+ | TD Bank, N.A., c/o Schiller, Knapp,, Lefkowitz & Hertzel, LLP, 950 New Loudon Road, Latham, NY 12110-2190 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2023                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors  LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com |
| Joseph Casello | on behalf of Debtor Charles Morelli jcasello@cvclaw.net  jcasello627@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8