UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

COLLINS, VELLA & CASELLO, LLC
2317 Route 34, Suite 1A
Manasquan, NJ 08736
(732) 751-1766
Joseph M. Casello, Esq.
Attorney for the Debtor

Order Filed on May 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles Morelli

Case No.: 17-33664

Hearing Date: 5/17/2023 at 12:00 p.m.

Judge: Hon. Christine Gravelle

Chapter: 13

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 17, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Collins, Vella & Casello<br>Fees to be paid outside the plan at the time of closing of sale of real property. | $5,250 | $228 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-33664-CMG
Charles Morelli  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2
Date Rcvd: May 17, 2023 | Form ID: pdf903 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Charles Morelli, 1 Lorelei Drive, Howell, NJ 07731-2845 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2023 | Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors LP dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com jschwalb@ecf.courtdrive.com |
| Joseph Casello | |

on behalf of Debtor Charles Morelli jcasello@cvclaw.net  jcasello627@gmail.com

Kevin Gordon McDonald

on behalf of Creditor MTGLQ Investors  LP kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Rebecca K. McDowell

on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9